UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **NOEL RODRIGUEZ,** | )<br>) |
| Petitioner, | ) Case No. CV 11-6759 DSF (AJW)<br>) |
| v. | )<br>) ORDER ACCEPTING REPORT AND |
| **TIMOTHY BUSBY, WARDEN,** | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 3/5/12

_____
Dale S. Fischer
United States District Judge