UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL RODRIGUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>TIMOTHY BUSBY, Warden,<br><br>    Respondent. | Case No. CV 11-6759-DSF(AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 3/5/12

_____
Dale S. Fischer
United States District Judge