UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL RODRIGUEZ, | Case No. CV 11-6759-DSF(AJW) |
| Petitioner, | |
| v. | |
| TIMOTHY BUSBY, Warden, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 3/5/12

_____
Dale S. Fischer
United States District Judge